IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA STUDDARD, individually and as lawful wife, next of kin, administrator ad litem, and personal representative for EDMOND STUDDARD, Deceased, and Estate of Edmond Studdard, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 2:17-cv-02517 |
| SHELBY COUNTY, TENNESSEE; SHERIFF WILLIAM OLDHAM, in his capacity as Sheriff of Shelby County, Tennessee; SHELBY COUNTY SHERIFF'S OFFICE; ERIN J. SHEPHERD, individually and as employee or agent of Shelby County, Tennessee; and TERRY I. REED, individually and as employee or agent of Shelby County, Tennessee, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**SHELBY COUNTY'S MOTION FOR SUMMARY JUDGMENT**

Defendant Shelby County, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court to grant it summary judgment in this case. Defendant's arguments are more fully set forth in the contemporaneously filed Memorandum in Support and Joint Statement of Undisputed Material Facts.

Respectfully submitted,

*/s/ E. Lee Whitwell*
JOHN MARSHALL JONES (#13289)
johnm.jones@shelbycountytn.gov
E. LEE WHITWELL (#33622)
lee.whitwell@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN  38103
(901) 222-2100
*Attorneys for Defendants*

<u>Certificate of Service</u>

I certify that the foregoing is being filed via the Court's ECF system this 31st day of August, 2018, for service on all persons registered in connection with this case, including:

Daniel A. Seward, Esq.
4510 Chickasaw Road
Memphis, TN  38117

*/s/ E. Lee Whitwell*

2