**Shepherd Supplemental Page**

```
 1    question.
 2    BY MR. SEWARD:
 3    Q.      Is that -- do you understand my question?
 4    A.      I did.
 5    Q.      Okay.  I'll go with your answer.
 6            In this case, did you feel that
 7    Eddie Studdard was an eminent or immediate threat to
 8    cause you serious bodily injury or death at the time
 9    you pulled the trigger?
10    A.      Yes.
11    Q.      Why?
12    A.      Because we are trained on a 25 foot rule in
13    relation to bladed weapons.  That someone within the
14    25 feet can get to us and injure us before we can
15    draw out weapons and pull the trigger.  And so we're
16    not supposed to -- we're trained not to let someone
17    in that 25 foot threshold who has a weapon, rather
18    it's to their throat, out at us, or anything like
19    that.
20    Q.      Okay.  You called it the 25 foot rule.  Is
21    that -- is that a written rule that Shelby County
22    Sheriff's Department has adopted?
23    A.      As far as I know, yes.  The research has been
24    done on it.  It used to be 21 feet, but I believe
25    they've extended it in the past few years to 25 feet.
```