question.

BY MR. SEWARD:

Q.    Is that -- do you understand my question?

A.    I did.

Q.    Okay. I'll go with your answer.

      In this case, did you feel that Eddie Studdard was an eminent or immediate threat to cause you serious bodily injury or death at the time you pulled the trigger?

A.    Yes.

Q.    Why?

A.    Because we are trained on a 25 foot rule in relation to bladed weapons. That someone within the 25 feet can get to us and injure us before we can draw out weapons and pull the trigger. And so we're not supposed to -- we're trained not to let someone in that 25 foot threshold who has a weapon, rather it's to their throat, out at us, or anything like that.

Q.    Okay. You called it the 25 foot rule. Is that -- is that a written rule that Shelby County Sheriff's Department has adopted?

A.    As far as I know, yes. The research has been done on it. It used to be 21 feet, but I believe they've extended it in the past few years to 25 feet.

```
1    Q.    Okay. I'm not asking you about research.
2    I'm asking you about if you know Shelby County
3    Sheriff's Department on July 7th, 2016, had a written
4    policy which states that if a suspect with any type
5    of bladed weapon in his hand gets within 25 feet of
6    you, you're authorized to use deadly force.
7    A.    I don't know about policy. I know that
8    that's what we're trained.
9    Q.    Who trained you?
10   A.    At the academy.
11   Q.    Who?
12   A.    I can't tell you who had that block of
13   instruction.
14   Q.    You think there's a written instruction at
15   the academy regarding what you just stated --
16   A.    Yes.
17   Q.    -- that supports your position?
18   A.    Um-hum.
19   Q.    Even if that position is correct, that
20   situation involves an officer who doesn't have his
21   gun already drawn, now does it?
22   A.    Sure.
23   Q.    All right. So that -- in this case --
24   because I understand if someone had a knife and they
25   charged at you and you weren't ready or had your gun
```

```
 1   holstered you might be vulnerable, right?
 2   A.      That's why it's 25 feet, and he made it to
 3   seven to ten feet because we already had your weapons
 4   out.
 5   Q.      You had your weapons out and you had them
 6   pointed right at him, right?
 7   A.      We did.
 8   Q.      How long does it take a bullet to travel ten
 9   feet?
10   A.      I don't know.
11   Q.      A second?
12   A.      I don't know.  As you pointed out earlier,
13   I'm not a ballistics expert.
14   Q.      All right.  Well, you testified Mr. Studdard
15   was seven to ten feet away.
16           Do you find it's unusual that Deputy Reed
17   also found -- or testified that Mr. Studdard was
18   seven to ten feet away from him when he shot the
19   weapon -- his weapon?
20   A.      I don't because Deputy Reed wasn't far from
21   me.
22   Q.      So you don't know any of the other distances
23   involved in the shooting that day of where you were
24   in relation to anybody else, but you can testify how
25   far Mr. Studdard was away from you at the time you
```