IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANGELA STUDDARD, INDIVIDUALLY AND AS
LAWFUL WIFE, NEXT OF KIN, ADMINISTRATOR AD LITEM
AND PERSONAL REPRESENTATIVE
FOR EDMOND STUDDARD, DECEASED AND
ESTATE OF EDMOND STUDDARD

      Plaintiff,

VS.                                Civil Action No. 2:17-cv-02517

                                      JURY DEMANDED

SHELBY COUNTY, TENNESSEE
AND ERIN J. SHEPHARD, INDIVIDUALLY
AND TERRY L. REED, INDIVIDUALLY

      Defendants.

## SWORN AFFIDAVIT OF PLAINTIFF ANGELA STUDDARD

Comes now the Plaintiff, by and through counsel of record and would file this Sworn Affidavit, and after oath would respectfully state the following, on which I have personal knowledge and am competent to testify at the trial of the cause:

1. I am the lawful wife of Edmond Studdard, Deceased who was shot on or about July 7, 2016 by Defendants Erin Shepherd and Terry Reed in this cause.

2. I have personal knowledge as to the physical appearance of my husband, Edmond Studdard, Deceased prior to July 7, 2016 and up to and including his death on or about September 4, 2016.

3. Attached to this Sworn Affidavit are two photographs that fairly and accurately depict

1

and show my husband, Edmond Studdard, Deceased and myself in the years before his death during our marriage.

4. Attached to this Sworn Affidavit is one photograph showing my husband, Edmond Studdard, Deceased that fairly and accurately depicts and shows him as he appeared in 2015 before the shooting.

5. Attached to this Sworn Affidavit is one photograph showing my husband, Edmond Studdard, Deceased along with myself and our two daughters at my daughter Heather Studdard's high school graduation in 2015 before the shooting of July 7, 2016 and further state that this photograph fairly and accurately depicts and shows Edmond Studdard, Deceased as he appeared before the shooting of July 7, 2016.

**STATE OF TENNESSEE**
**COUNTY OF SHELBY**

I, Angela Studdard, after Sworn Oath, do hereby attest that the information contained within this document is true and correct to the best of my knowledge, information and belief.

ANGELA STUDDARD

Personally appeared before me Angela Studdard, who after Sworn Oath, did attest her signature to this document on this the 8th day of February, 2019.

NOTARY PUBLIC

My Commission Expires:

2

Respectfully submitted,

s/Daniel A. Seward
Daniel A. Seward
Attorney for Plaintiff
Seward Law Firm
4510 Chickasaw Road
Memphis, TN 38117
(901) 647-5848

## CERTIFICATE OF SERVICE

I, Daniel A. Seward, Attorney for Plaintiff, do hereby certify that I have served a true and correct copy of the foregoing Sworn Affidavit on Mr. John Marshall Jones and Mr. E. Lee Whitwell, Attorneys for Defendants via ECF filing on this the 8th day of February, 2019.

s/Daniel A. Seward
Daniel A. Seward