**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 03, 2019

Mr. Thomas M. Gould
U.S. District Court
for the Western District of Tennessee
167 N. Main Street
Room 242 Clifford Davis and Odell Horton Federal Building
Memphis, TN 38103

        Re:  Case No. 19-5084, *Angela Studdard v. Shelby County, TN, et al*
              Originating Case No. 2:17-cv-02517

Dear Mr. Gould:

  Enclosed is a copy of the mandate filed in this case.

                                                Sincerely yours,

                                                s/Patricia J. Elder
                                                Senior Case Manager

cc:  Mr. John Marshall Jones
      Mr. Daniel Alan Seward
      Mr. Emmett Lee Whitwell

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 19-5084

_____

Filed: September 03, 2019

ANGELA STUDDARD, individually and as lawful wife, next of kin, administrator ad litem and personal representative for Edmond Studdard, deceased, and Estate of Edmond Studdard

    Plaintiff - Appellee

v.

SHELBY COUNTY, TN, et al.

    Defendant

and

ERIN J. SHEPHERD, individually and as employee or agent of Shelby County, TN; TERRY I. REED, individually and as employee or agent of Shelby County, TN

    Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 08/12/2019 the mandate for this case hereby issues today.

COSTS: None