# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 12, 2019

**FILED**
Nov 14, 2019
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

    Re:  Erin J. Shepherd, et al.
          v. Angela Studdard
          No. 19-609
          (Your No. 19-5084)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 8, 2019 and placed on the docket November 12, 2019 as No. 19-609.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst