UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: | Case title: |
|---|---|
| Plaintiff counsel: | |
| Defendant counsel: | |
| Presiding Judge: | Mediator: |

I, _____, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on _____.

As a result of that mediation held on _____.

☐     The case has settled in whole, **subject to the approval of the Shelby County Commission.**

       ☐ Case settled prior to scheduling first mediation session.

       ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

---

☐     The case has not settled.

       ☐ Mediation will continue on _____.

       ☐ The parties may schedule another session at a later date.

       ☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

---

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| | |
|---|---|
|     Daniel A. Seward<br>    John Marshall Jones<br>    E. Lee Whitwell | |
| Date | Electronic signature of Mediator:<br><br>s/ |